■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v NICOLAS WILEY, Appellant. [612 NYS2d 1023] —Judgment unanimously reversed on the law and new trial granted. Memorandum: We reserved decision and remitted this matter to Onondaga County Court for a reconstruction hearing *(see, People v Wiley,* 193 AD2d 1062, *lv dismissed* 82 NY2d 728) in accordance with our decision in *People v Mitchell* (189 AD2d 337; *see also, People v Michalek,* 82 NY2d 906). The record of the reconstruction hearing does not support a finding that defendant was present at the *Sandoval* hearing and, therefore, reversal is required *(see, People v Dokes,* 79 NY2d 656, 662; *see also, People v Cruz,* 81 NY2d 738; *People v Gebrosky,* 80 NY2d 995).

Contrary to the People's contention, defendant's presence would not have been "superfluous" *(People v Odiat,* 82 NY2d 872, 874; *see, People v Favor,* 82 NY2d 254). (Resubmission of

Appeal from Judgment of Onondaga County Court, Cunningham, J.—Sodomy, 1st Degree.) Present—Green, J. P., Lawton, Callahan, Doerr and Boehm, JJ.